**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6156

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

ANTWAINE TACOMA JOHNSON,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (4:08-cr-00024-FL-1; 4:12-cv-00080-FL)

Submitted: March 17, 2015              Decided: March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antwaine Tacoma Johnson, Appellant Pro Se. Brian Scott Meyers, Assistant United States Attorney, Augustus D. Willis, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwaine Tacoma Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, Nos. 4:08-cr-00024-FL-1; 4:12-cv-00080-FL (E.D.N.C. Jan. 21, 2014). We deny Johnson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED